**No. 11-6517. Alex Yepes, Petitioner v. Kathleen Allison, Acting Warden.**

565 U.S. 1065, 132 S. Ct. 770, 181 L. Ed. 2d 495, 2011 U.S. LEXIS 8524.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6518. Naarl Richard, Petitioner v. Detective Pritchard, et al.**

565 U.S. 1065, 132 S. Ct. 770, 181 L. Ed. 2d 495, 2011 U.S. LEXIS 8513.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 271.

**No. 11-6519. Lavelle W. Searcy, Petitioner v. Correctional Medical Services, Inc., et al.**

565 U.S. 1065, 132 S. Ct. 771, 181 L. Ed. 2d 495, 2011 U.S. LEXIS 8510.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6520. Charles G. Reece, Petitioner v. John W. Haviland, Warden.**

565 U.S. 1065, 132 S. Ct. 771, 181 L. Ed. 2d 495, 2011 U.S. LEXIS 8630.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6523. Anthony D. James, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1065, 132 S. Ct. 771, 181 L. Ed. 2d 495, 2011 U.S. LEXIS 8483.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6524. Richard Mark Ellard, Petitioner v. Georgia.**

565 U.S. 1066, 132 S. Ct. 771, 181 L. Ed. 2d 495, 2011 U.S. LEXIS 8570.

November 28, 2011. Petition for writ of certiorari to the Superior Court of Georgia, Douglas County, denied.

**No. 11-6535. Ramon Chinea, Petitioner v. Johanna Smith, Warden.**

565 U.S. 1066, 132 S. Ct. 772, 181 L. Ed. 2d 495, 2011 U.S. LEXIS 8598.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6537. Kofi Easterling, Petitioner v. Spencer Siarnicki, et al.**

565 U.S. 1066, 132 S. Ct. 772, 181 L. Ed. 2d 495, 2011 U.S. LEXIS 8610.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 435 Fed. Appx. 524.